IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS HEALTH CORPORATION AND SUBSIDIARIES, | )<br>)<br>) Case No. 1:23-cv-00492-MSM |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

**JOINT PROPOSED DISCOVERY PLAN**

The parties met and conferred by videoconference on April 5, April 30, and May 10, 2024, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The parties addressed the topics set forth in Rule 26(f) during the course of their videoconferences.

The parties propose the following discovery schedule:

| | Deadline |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | May 30, 2024 |
| Completion of Fact Discovery: | November 28, 2025 |
| Rule 26(a)(2) Expert Witnesses Disclosures: | December 29, 2025 |
| Rebuttal Expert Witness Disclosures: | January 29, 2026 |
| Completion of Expert Discovery: | May 29, 2026 |

With respect to depositions taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, the parties propose increasing the number of depositions that may be taken by a party without leave of the Court from 10 to 30 depositions. Further, the parties propose that, unless otherwise agreed, all depositions, whether taken in the District of Rhode Island or outside of the district, shall be taken in person, where practicable.

1

With respect to interrogatories propounded pursuant to Rule 33 of the Federal Rules of Civil Procedure, the parties propose to increase the number of interrogatories that a party may serve on the other party from 25 to 75.

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties agree that service on a party in this case may be made by email and by secure file transfer protocol (such as the United States' Justice Enterprise File Sharing system) to the party's counsel of record, or by any other means permitted by Fed. R. Civ. P. 5(b).

Additionally, pursuant to Fed. R. Civ. P. 5(b)(2)(F), the parties agree that service on a party may be made by using a private delivery service such as FedEx or DHL to send materials to that party's counsel of record, or by any other means permitted by Fed. R. Civ. P. 5(b).

Dated: May 16, 2024

        Respectfully submitted,

        **Whelan Corrente & Flanders LLP**

By: /s/ Robert C. Corrente
Robert C. Corrente
100 Westminster Street
Suite 710
Providence, RI 02903
rcorrente@whelancorrente.com
(401) 270-1333

*Attorneys for Plaintiffs*

*Of counsel:*

**Eversheds Sutherland (US) LLP**
Dwight N. Mersereau
David B. Blair
David J. Fischer
Caroline C. Setliffe
700 Sixth Street, NW, Suite 700
Washington, DC 20001
DwightMersereau@eversheds-sutherland.com
DavidBlair@eversheds-sutherland.com
DavidFischer@eversheds-sutherland.com
CarolineSetliffe@eversheds-sutherland.com
(202) 383-0144

Sarah E. Paul
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703
SarahPaul@eversheds-sutherland.com
(212) 301-6587

**Crowell & Moring LLP**

Carina C. Federico
S. Starling Marshall

3

23173256.1

1001 Pennsylvania Ave., NW
Washington, DC 20004
CFederico@Crowell.com
SMarshall@Crowell.com

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Dept. of Justice

/s/ James E. Weaver
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
STEPHEN N. SHASHY
CLAIRE A. SHIMBERG
ISABELLE DIETZ
Trial Attorneys, Tax Division
U.S. Dept. of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-4929
Fax:  (202) 307-0054
Email:  james.e.weaver@usdoj.gov

Counsel for Defendant

4

23173256.1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                 /s/ James E. Weaver
                                                 James E. Weaver

23173256.1