IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS HEALTH CORPORATION AND SUBSIDIARIES, | )<br>)<br>) Case No. 1:23-cv-00492-MSM |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

**UNITED STATES OF AMERICA'S NOTICE OF WITHDRAWAL OF STEPHEN N. SHASHY AS CO-COUNSEL**

Pursuant to L.R. Gen. 206(d), the United States of America respectfully withdraws the appearance of Stephen N. Shashy as co-counsel in the above-captioned case. Mr. Shashy accepted a new position and is no longer with the Tax Division of the U.S. Department of Justice.

The United States will continue to be represented by lead counsel, James Weaver, in this case (alongside co-counsel).

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Dept. of Justice

/s/ James E. Weaver
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
CLAIRE A. SHIMBERG
ISABELLE DIETZ
Trial Attorneys, Tax Division
U.S. Dept. of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-4929

Fax: (202) 307-0054
Email: james.e.weaver@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

      /s/ James E. Weaver
      James E. Weaver