IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS HEALTH CORPORATION AND SUBSIDIARIES, | ) ) ) | Case No. 1:23-cv-00492-MSM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO STAY CASE**

Over the past two and a half months, the parties have actively engaged in negotiations, including in-person meetings, to resolve this case in its entirety. The negotiations resulted in plaintiff making a written offer on April 7, 2026. The offer, which, if accepted, would fully resolve this case, is now subject to a formal review process by defendant. For the reasons discussed below, the parties respectfully move to stay the case, and all current calendar deadlines, to afford time for defendant to complete the multiple steps in its review of the offer.

On January 21, 2026, the Court granted the parties' Joint Motion for Extension of Discovery Deadlines. The purpose of the extension was to afford the parties sufficient time to discuss and explore the potential for resolving this tax refund dispute. Since that time, counsel for the parties have engaged in extensive discussions regarding the matters at issue in the case, and those discussions included four in-person meetings.

On April 7, 2026, plaintiff submitted a formal written offer to resolve the entire action. Trial counsel for defendant has indicated to plaintiff that the trial team will recommend that this offer be accepted by defendant. While the recommendation of defendant's trial team carries significant weight, the trial team does not have the authority to accept an offer or otherwise bind

1

the defendant to a settlement.  Thus, there is no guarantee at this juncture that the offer will ultimately be accepted by defendant.  Further, because of the classification of this case by the Internal Revenue Service ("IRS"), IRS Chief Counsel must also agree to the settlement terms.  In addition, 26 U.S.C. § 6405(a) mandates that refunds or credits in excess of $5,000,000 to C Corporation taxpayers be referred to the Congressional Joint Committee on Taxation for review. Given these procedures, defendant anticipates that it will take several months to fully process plaintiff's settlement offer.

Accordingly, the parties jointly request that the Court stay the case while the settlement offer is processed by the United States.  In the event the settlement offer is not accepted, the parties would seek to resume discovery from the point where the stay went into effect and would file a joint motion to reset the scheduling order deadlines at that time.

Thus, for good cause, the parties move for a stay of the case and all scheduling deadlines.

Date: April 9, 2026

Respectfully submitted,

**Whelan Corrente & Flanders LLP**

By: /s/ Robert C. Corrente
Robert C. Corrente
100 Westminster Street
Suite 710
Providence, RI 02903
rcorrente@whelancorrente.com
(401) 270-1333

***Attorney for Plaintiffs***

*Of counsel:*

**Eversheds Sutherland (US) LLP**

Dwight N. Mersereau
David B. Blair

2

David J. Fischer
Caroline C. Setliffe
700 Sixth Street, NW, Suite 700
Washington, DC 20001
DwightMersereau@eversheds-sutherland.com
DavidBlair@eversheds-sutherland.com
DavidFischer@eversheds-sutherland.com
CarolineSetliffe@eversheds-sutherland.com
(202) 383-0144
**Crowell & Moring LLP**

Carina C. Federico
S. Starling Marshall
1001 Pennsylvania Ave., NW
Washington, DC 20004
CFederico@Crowell.com
SMarshall@Crowell.com

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch


/s/ James E. Weaver
JAMES E. WEAVER
Senior Litigation Counsel
CLAIRE SHIMBERG
CHASE BURRELL
PAIGE BRIGHAM
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-4929
Fax: (202) 307-0054
Email: james.e.weaver@usdoj.gov

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

/s/ James E. Weaver
James E. Weaver