IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS HEALTH CORPORATION AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:23-cv-00492-MSM |

**STIPULATION OF DISMISSAL**

Plaintiff CVS Health Corporation and Subsidiaries and Defendant United States of America, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action shall be dismissed with prejudice, with each of the parties to bear its own costs and expenses, including any possible attorneys' fees.

Respectfully submitted,

*/s/ Robert Clark Corrente*

Robert Clark Corrente (#2632)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Tel. (401) 270-4500
rcorrente@whelancorrente.com

***Attorney for Plaintiff***

*Of counsel:*

**Eversheds Sutherland (US) LLP**
Dwight N. Mersereau
David B. Blair
David J. Fischer
Caroline C. Setliffe
700 Sixth Street, NW, Suite 700
Washington, DC 20001
DwightMersereau@eversheds-sutherland.com
DavidBlair@eversheds-sutherland.com
DavidFischer@eversheds-sutherland.com
CarolineSetliffe@eversheds-sutherland.com
Tel. (202) 383-0144

**Crowell & Moring LLP**
Carina C. Federico
S. Starling Marshall
1001 Pennsylvania Ave., NW
Washington, DC 20004
CFederico@Crowell.com
SMarshall@Crowell.com

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ James E. Weaver*
James E. Weaver
Senior Litigation Counsel
Claire Shimberg
Chase Burrell
Paige Brigham
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-4929
Fax: (202) 307-0054
james.e.weaver@usdoj.gov

***Attorneys for Defendant***

Dated: November 5, 2026